# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>JAMES BEEKS<br>▇▇▇▇▇▇▇▇<br>*Defendant(s)* | Case: 1:21-mj-00660<br>Assigned To : Meriweather, Robin M.<br>Assign. Date : 11/18/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) and (2), | (1) (unlawful entry on restricted buildings or grounds) |
| 18 U.S.C. § 1512(c)(2) | (2) (obstruction of Congress) |

This criminal complaint is based on these facts:
See attached Statement of Facts.

☐ Continued on the attached sheet.

*Complainant's signature*

Jimmy S. Park, Special Agent FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/18/2021

*Judge's signature*

City and state: Washington, D.C.    Robin M. Meriweather, U.S. Magistrate Judge
*Printed name and title*