AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:21-mj-00660 |
| | ) Assigned To : Meriweather, Robin M. |
| JAMES BEEKS | ) Assign. Date : 11/18/2021 |
| | ) Description: COMPLAINT W/ ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)   JAMES BEEKS,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1512(c)(2) (obstruction of Congress) and 1752(a)(1) and (2) (unlawful entry on restricted buildings or grounds)

Date: 11/18/2021

Robin M. Meriweather
2021.11.18 19:03:34 -05'00'
*Issuing officer's signature*

City and state: Washington, D.C.

Robin M. Meriweather, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 11/23/2021, and the person was arrested on (date) 11/23/2021
at (city and state) MILWAUKEE, WI.

Date: 11/23/2021

*Arresting officer's signature*

SA  JUSTIN  MOSIMAN
*Printed name and title*